**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VICTOR ORMENO d/b/a/ KH ENTERTAINMENT,

                Plaintiff,
-against-                                      21 **CIVIL** 1643 (LJL)

                                                                  **JUDGMENT**

RELENTLESS CONSULTING INC, JUAN TORO
individually d/b/a RELENTLESS AGENCY, W
ENTERTAINMENT, JUAN LUIS MORENO LUNA,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 11, 2022, defendants' motion to dismiss is GRANTED with prejudice. See Jordan v. Chase Manhattan Bank, 91 F. Supp. 3d 491, 510 (S.D.N.Y. 2015) ("Granting leave to amend is 'futile' if a revised claim still 'could not withstand a motion to dismiss pursuant to Rule 12(b)(6).'") (quoting Dougherty v. Town of N. Hempstead Bd. of Zoning Appeals, 282 F.3d 83, 88 (2d Cir. 2002)); Cortese v. Skanska Koch, Inc., 2021 WL 429971, at *18 (S.D.N.Y. Feb. 8, 2021) (holding that complaint should be dismissed with prejudice where plaintiff's claims are clearly time-barred; accordingly, the case is closed.

**Dated:**  New York, New York
        January 11, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                    **BY:**     K. Mango
                                                                  **Deputy Clerk**